# United States Navy–Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**Ian M. DONELL**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 201900027**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 13 May 2019.

Military Judge:
Lieutenant Colonel Wilbur Lee, USMC.

Sentence adjudged 27 September 2018 by a special court-martial convened at Marine Corps Base, Kaneohe Bay, HI, consisting of a military judge sitting alone. Sentence approved by convening authority: confinement for 6 months, reduction to E-1; and a bad-conduct discharge.

For Appellant:
_Lieutenant Colonel Lee C. Kindlon, USMCR._

For Appellee:
_Brian K. Keller, Esq._

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

Before HUTCHISON, LAWRENCE, and GERDING

_Appellate Military Judges._

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court